UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COOPER

      Plaintiff(s),         No. 12-00569 CW (MEJ)

      v.         NOTICE OF CONTINUANCE
            OF SETTLEMENT CONFERENCE

R.R. DONNELLEY & SONS COMPANY

      Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for September 5, 2012, in Chief Magistrate Judge James' Chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **Wednesday, September 19, 2012, at 10:00 a.m.**, in chambers.

Counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Settlement Conference statements, if not previously submitted, are due seven (7) court days before the conference.

The parties shall notify Magistrate Judge James' chambers immediately if this case settles prior to the date set for settlement conference.

Dated:  August 20, 2012

_____
Rose Maher, Courtroom Deputy to
Maria-Elena James
Chief United States Magistrate Judge

Continue.Set       1