1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  E-mail: alubeley@seyfarth.com
   333 S. Hope Street, Suite 3900
3  Los Angeles, California 90071
   Telephone: (213) 270-9600
4  Facsimile: (213) 270-9601

5  SEYFARTH SHAW LLP
   Pritee K. Thakarsey (SBN 266168)
6  E-mail: pthakarsey@seyfarth.com
   560 Mission Street, 31st Floor
7  San Francisco, California 94105
   Telephone: (415) 397-2823
8  Facsimile: (415) 397-8549

9  Attorneys for Defendant
   R.R. DONNELLEY & SONS COMPANY
10
   DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
11 Thomas E. Duckworth (SBN 152369)
   E-mail: Tom@dplolaw.com
12 100 Bush Street, Suite 1800
   San Francisco, California 94104
13 Telephone: (415) 433-0333
   Facsimile: (415) 449-6556
14
   Attorneys for Plaintiff
15 JOHN COOPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| John Cooper, | Case No. C 12-00569 CW |
|---|---|
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |
| v. | |
| R.R. Donnelley & Sons Company, a Delaware Corporation, and successor in interest to Bowne & Co Inc., and Does 1 through 10, | Complaint filed:    October 26, 2011 |
| Defendant. | |

1

STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. C 12-00569 CW

1  IT IS HEREBY STIPULATED by and between the parties that the Settlement
2  Conference presently scheduled for September 19, 2012 at 10:00 a.m. be continued to September
3  19, 2012 at 1:00 p.m.

4  DATED: August 30, 2012                    SEYFARTH SHAW LLP

6                                             By /s/ Aaron R. Lubeley
                                                  Aaron R. Lubeley
7                                                 Pritee K. Thakarsey
                                              Attorneys for Defendant
8                                             R.R. DONNELLEY & SONS COMPANY

10 DATED: August 30, 2012                    DUCKWORTH PETERS LEBOWITZ OLIVIER
11                                            LLP

13                                             By /s/ Thomas R. Duckworth
                                                  Thomas E. Duckworth
                                              Attorneys for Plaintiff
14                                            JOHN COOPER

                        [~~PROPOSED~~] ORDER

17     The Settlement Conference, currently set for or September 19, 2012 at 10:00 a.m. is
18 continued to September 19, 2012 at 1:00 p.m.
19 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
20 DATED: 9/5/2012               , 2012    _____
                                              Maria-Elena James
21                                            Chief United States Magistrate Judge

27  14799724v.1 / 22146-000134

2

STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. C 12-00569 CW