IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN COOPER,

       Plaintiff,

  v.

R.R. DONNELLEY & SONS COMPANY, a Delaware Corporation, and successor in interest to Bowne & Co Inc.,

       Defendant.
_____/

No. C 12-00569 CW

CONDITIONAL ORDER OF DISMISSAL

    The Court having been advised that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The further case management conference, pre-trial conference, and trial dates are vacated.

Dated: 9/24/2012

                          _____
                          CLAUDIA WILKEN
                          United States District Judge

cc: MagRef; MEJ